# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

_____

No. 11-50792

_____

United States Court of Appeals
Fifth Circuit

**FILED**

November 5, 2014

Lyle W. Cayce
Clerk

JESUS C. HERNANDEZ, Individually and as the surviving father of Sergio Adrian Hernandez Guereca, and as Successor−in−Interest to the Estate of Sergio Adrian Hernandez Guereca; MARIA GUADALUPE GUERECA BENTACOUR, Individually and as the surviving mother of Sergio Adrian Hernandez Guereca, and as Successor−in−Interest to the Estate of Sergio Adrian Hernandez Guereca,

Plaintiffs − Appellants

v.

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES BUREAU OF CUSTOMS AND BORDER PROTECTION; UNITED STATES BORDER PATROL; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT AGENCY; UNITED STATES DEPARTMENT OF JUSTICE,

Defendants − Appellees

_____

CONS w/ 12−50217

JESUS C. HERNANDEZ, Individually and as the surviving father of Sergio Adrian Hernandez Guereca, and as Successor−in−Interest to the Estate of Sergio Adrian Hernandez Guereca; MARIA GUADALUPE GUERECA BENTACOUR, Individually and as the surviving mother of Sergio Adrian Hernandez Guereca, and as Successor−in−Interest to the Estate of Sergio Adrian Hernandez,

Plaintiffs − Appellants

v.

JESUS MESA, JR.,

Defendant − Appellee

_____

CONS w/ 12−50301

JESUS C. HERNANDEZ, Individually and as the surviving father of Sergio Adrian Hernandez Guereca, and as Successor−in−Interest to the Estate of Sergio Adrian Hernandez Guereca; MARIA GUADALUPE GUERE BENTACOUR, Individually and as the surviving mother of Sergio Adrian Hernandez Guereca, and as Successor−in−Interest to the Estate of Sergio Adrian Hernandez,

                                    Plaintiffs − Appellants

v.

RAMIRO CORDERO; VICTOR M. MANJARREZ, JR.,

                                    Defendants − Appellees

_____

Appeals from the United States District Court for the
Western District of Texas, El Paso

_____

ON PETITIONS FOR REHEARING EN BANC
(Opinion June 30, 2014, 5 Cir., 2014, 757 F.3d 249)

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petitions for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.